UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-159-GW(FFMx) | Date | February 14, 2013 |
|---|---|---|---|
| Title | *Kim Iocovozzi v. Kia Motors America, Inc.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Robert E. Cartwright, Jr. - by telephone   James P. Feeney
   Benjamin W. Jeffries

**PROCEEDINGS:**   STATUS CONFERENCE RE MDL 2424

Court and counsel confer regarding the JPML's decision and its effect on this case. A Scheduling Conference is set for **February 28, 2013 at 9:30 a.m.**

Additionally, Plaintiffs participating in settlement negotiations will provide the non settling Plaintiffs with the general term sheet by February 21, 2013.

 : 03

Initials of Preparer   JG